**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 31, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00731-CV

---

### IN RE WILMA REYNOLDS AND CARL GORDON, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

---

## MEMORANDUM OPINION

On October 5, 2023, relators Wilma Reynolds and Carl Gordon filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable C.G. Dibrell, visiting judge of the 300th District Court of Brazoria County, to vacate his September 11, 2023 order dismissing the underlying case and October 6, 2023 order granting real parties in interest's request for attorney's fees.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' amended motion for emergency stay.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.